AUSA: Margaret Smith  Telephone: (313) 226-9100
Inspector: Christopher G. Bradshaw  Telephone: (313) 812-1343

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Dazzman Dupree

Case No.
Case: 2:22-mj-30255
Assigned To : Unassigned
Assign. Date : 6/6/2022
Description: RE: SEALED MATTER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 19, 2021 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with intent to distribute a controlled substance |
| 18 U.S.C. § 924(c) | Use of a firearm in furtherance of a drug trafficking offense. |
| 18 U.S.C. § 1716 | Mailing injurious articles |

This criminal complaint is based on these facts:
See attached Affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Inspector Christopher G. Bradshaw, USPIS
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: June 6, 2022

_____
*Judge's signature*

City and state: Detroit, MI

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

## <u>AugstAFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT</u>

I, Christopher G. Bradshaw, being duly sworn on oath, state as follows:

## INTRODUCTION

1. I am a United States Postal Inspector assigned to the Allen Park Domicile of the Detroit Division of the U.S. Postal Inspection Service (USPIS). I am sworn and empowered to investigate criminal activity involving or relating to the U.S. Postal Service. I am assigned to investigate the unlawful transportation of contraband, including Title 21 controlled substances, through the United States Mail. I have been a Postal Inspector since June 2013. I attended the United States Postal Inspection Service Basic Training Academy where I have received training in the detection and investigation of prohibited mailing offenses. As part of my duties, I investigate incidents wherein the United States mail system is used for the purpose of transporting non-mailable matter, including controlled substances such as marijuana, cocaine, methamphetamine and heroin, in violation of Title 21, United States Code, Sections 841(a)(1), 846, 843(b), and substances mailed in violation of Title 18, United States Code, Section 1716.

2. This Affidavit is made in support of an application for a criminal complaint and warrant to arrest **Dazzman Dupree**, DOB: XX-XXX-2002 for evidence

1

of violations of 21 U.S.C. § 846, conspiracy to possess with intent to distribute controlled substances; 18 U.S.C. § 924(c), possessing firearms in furtherance of drug trafficking; and 18 U.S.C. § 1716, mailing injurious articles.

3. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that **Dazzman Dupree** committed the offenses listed above.

## DAZZMAN DUPREE'S CRIMINAL HISTORY

4. A review of **Dupree**'s criminal history revealed he was arrested on March 11, 2021, in Inkster, Michigan for carrying a concealed weapon and having possessionsof a loaded firearm in or upon a vehicle. That matter remains pending in Wayne County Circuit Court. (22-003418-01-FH).

## PROBABLE CAUSE

### USPIS parcel containing fentanyl pills

5. On August 19, 2021, while conducting parcel interdiction at a postal facility in the Eastern District of Michigan, I interdicted a large flat rate mailing box bearing Priority Mail Express tracking number EJ 958 106 415 US, addressed to "Jacob **Dupree** 11XXX Warhman St Romulus, MI, 48174," with a return

address of "Shannon Burkhead 15XXX Frank Lloyd Wright Blvd Scottsdale, AZ, 85260." The parcel was mailed on August 18, 2021, from zip code 85020 in Phoenix, Arizona. Further, the parcel weighed approximately 5 pounds and bore $72.85 in postage and fees.

6. A database used by the Postal Inspection Service revealed that the listed sender, "Shannon Burkhead," had no readily identifiable association with the listed origin address. A database used by the Postal Inspection Service revealed that the listed recipient, "Jacob **Dupree**," had no readily identifiable association with the listed destination address.

7. The same day, investigators conducted a K-9 sniff of the parcel and discovered a positive K-9 alert. I swore to federal search warrant and found the following items in the box: One bag of taped cat litter that contained one plastic wrapped bag of blue pills with "M" and "30" imprinted on them. According to the website drugs.com, blue pills with "M" and "30" imprinted on them are commercially sold as oxycodone hydrochloride. I know in my training and experience that many narcotics traffickers create and sell fentanyl pills disguised as fake prescription pills. Photos appear below:

3

 

8. USPIS Forensics Laboratory report showed the pills contained fentanyl, 4-anilino-N-phenethylpiperidine (4-ANPP), acetaminophen, lidocaine, and xylazine, with a net weight of 106.27 grams.

9. Further investigation of postal records revealed that a person who identified themself as "Jacob **Dupree**" contacted the United States Postal Service via SMS chat using phone number 734-629-XXXX inquired into the delivery status of the subject parcel. The chat confirmed the listed destination address of 11XXX Wahrman Street, Romulus, Michigan, 48174. The person stated he was the intended recipient and that the contents contained premium cat litter. Additionally, postal records indicated the parcel had been tracked by an individual through USPSmobile.com.

10. Subscriber information related to the IP addresses used to track the subject parcel on USPSmobile.com was registered to "Wallace **Dupree**" at 11XXX Wahrman Street, Romulus, Michigan, 48174.

11. T-mobile subpoena information identified the listed subscriber for phone number 734-629-XXXX as **Dazzman Dupree**.

### Shots fired and vehicle crash in Garden City

12. On October 21, 2021, **Dazzman Dupree** was involved in a shooting and vehicle crash. According to the police report, units dispatched to the area of Middlebelt and Marquette Street for multiple reports of shots fired and a car crash. Officers saw three gunshot holes in the driver's side of a heavily damaged silver Buick Lesabre. Officers also noted a silver Ford Escape (no plate) that had collided with a utility pole. The Escape had a bullet hole in the rear passenger side window, and a shell casing on the rear passenger's floorboard. The Escape also had a .556 extended rifle magazine under the front passenger seat, a box of .40 caliber ammunition, and clear baggies containing a large number of round blue pills marked with "M" and "30." There was a digital scale and $770 in cash in the center console.

13. An eyewitness at the scene provided cell phone pictures s/he took of the suspects as they ran away. One of the two subjects was described as an African American male wearing a grey hoodie, dark pants, white shoes, and carrying a multicolored backpack. That suspect was carrying a handgun. The other suspect was wearing a blue jacket. Another witness stated that one of the suspects hopped into a gray Ford Focus and provided a partial plate.

5

14. Officers caught up with the Focus at a nearby gas station. **Dupree** was seen sitting in the rear of the Focus. When officers ordered everyone out of the car, **Dupree** was refusing to show his hands, and instead was reaching to the back of his seat and had to be pulled from the car.

15. The car's driver told police that he had received a call from **Dupree** looking for a ride after a car accident. He picked him up and watched **Dupree** put "something" in the trunk of the Focus. Police opened the trunk and recovered a black, Smith & Wesson MP9 Shield handgun, loaded with one in the chamber. The handgun had been reported stolen out of Washtenaw County Sheriff's Office in January 2020.

16. In the backseat of the Focus, where **Dupree** had been sitting and reaching, officers recovered a large baggie of blue pills marked with "M" and "30."

17. Two days later, a citizen phoned police after s/he found a multicolored backpack on the side of their house. In the bag, police found a tan 9mm handgun (loaded with one in the chamber), two baggies of marijuana, and a sandwich baggie with 94 round yellow pills imprinted with "T-189" (commercially sold as oxycodone/hydrochloride 30 mg). The handgun was registered to "Wallace Travon Davis-Dupree III" at the same address on Wharman in Romulus.

18. Police interviewed **Dazzman Dupree** after he waived his *Miranda* rights. He denied knowledge of the pills and handgun in the Focus but admitted ownership of the pills in the Escape.

19. I have preliminarily reviewed the contents of **Dupree**'s cellular phones taken from him at the scene of the shooting/accident. One of the phones was an iPHone SE with phone number 734-629-XXXX, the same number sued to contact the USPS regarding the package of kitty litter/fentanyl pills. There are also numerous messages consistent with narcotics trafficking. For example:

   **10.19.21**

   Unknown person: Yo this stax people. You got the blues?

   **Dupree**: Yea. How many you ne[e]d

20. The cellphones also contain numerous images of narcotics which were packaged for distribution and firearms. The screenshots appear to be either sent to customers, or posted on social media.



The photo on the rigth shows round blue pills marked with "M" and "30," with a stack of money in the upper left. The photo on the left shows a baggie of blue pills, a tan 9mm handgun, and a stack of cash.

8



The above photo shows **Dupree** (on the left) and another individual posing with firearms. **Dupree** is holding what appears to be the same 9mm tan handgun taken by Garden City police on October 21, 2021.

21. Based on the foregoing, there is probable cause to believe that **Dazzman Dupree** violated the following federal statutes: 21 U.S.C. § 846, conspiracy to possess with intent to distribute controlled substances (namely, fentanyl pills); 18 U.S.C. § 924(c), possessing firearms in furtherance of drug

9

trafficking; and 18 U.S.C. § 1716, mailing injurious articles. Accordingly, I respectfully request that this Court issue a complaint and arrest warrant.

Respectfully submitted,

_____
Christopher G. Bradshaw,
U.S. Postal Inspector

Sworn to before me and signed in my presence
And/or by reliable electronic means.

_____
Hon. David R. Grand
United States Magistrate Judge
Eastern District of Michigan

June 6, 2022